## Nicholas Hansen v. Stanislava Wayer.

1. EVIDENCE—*Letters by a Party Tending to Show that No Complaints Were Made.*—A letter written by one of the defendants tending to show that no complaint was being made at the time as to the articles sold is admissible as an admission against him.

**Assumpsit,** for goods sold and delivered. Appeal from the Circuit Court of Cook County; the Hon. CHARLES G. NEELY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1901. Reversed and remanded. Opinion filed March 18, 1902.

This was an action of assumpsit for the price of a monument. The plaintiff offered in evidence a letter written by one of the defendants to the plaintiff concerning payment of the indebtedness. This letter the court refused to admit. There was a verdict and judgment for the defendants.

MATTHEW J. HUSS, attorney for appellant; HENRY M. SHABAD, of counsel.

No appearance by appellee.

MR. JUSTICE WATERMAN delivered the opinion of the court.

The court erred in sustaining the objection to the admission of the letter written by one of the defendants. Under the evidence it was admissible as tending to show that no complaint was then being made as to the article that had been furnished.

The defense, apparently, was that the coping around the monument was not what it should have been.

Admissions by a party to the record, if pertinent, are admissible against him. Greenleaf on Evidence, Sec. 171–172–173–174.

Other errors are assigned, some of which appear to be well taken; but as they are not likely to occur upon another trial, it is unnecessary to discuss them.

The judgment of the Circuit Court is reversed and the cause remanded.